**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-50135-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Ana Castillo, | |
| Defendant. | |

The Defendant, Ana Castillo, in *pro se*, filed a Motion for Early Termination of Supervised Release (Doc. 2) to which the Government filed its Response (Doc. 4). The Government does not oppose early termination of her supervised release. (*Id*. at 1). According to the Defendant, prior to filing her Motion, she shared it with her assigned U.S. Probation Officer who, likewise, does not oppose her Motion. (Doc. 2 at 1). Upon review of the same and the Defendant's record of performance while on supervised release, the Court will grant her Motion.

Title 18 U.S.C. § 3583(e)(1) gives a district court discretion in determining whether or not to grant a motion to terminate supervised release. *See United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014). In so doing, the Court must consult the sentencing factors in 18 U.S.C. § 3553(a). *Id*. In reviewing those factors, the Court finds as follows: Ms. Castillo has served over half of her imposed supervised release term; she is classified as a low-risk to reoffend; she has been and is currently employed; she has reintegrated into the community as indicated by her stable employment, housing and family responsibilities and

support; she has no history of violence, and it appears she is in no need of rehabilitation treatment services. Accordingly,

**IT IS ORDERED** granting Defendant, Ana Castillo's *pro se* Motion for Early Termination of Supervised Release (Doc. 2).

Dated this 28th day of January, 2021.

_____
Honorable Diane J. Humetewa
United States District Judge